STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. PETER DIXON, DEFENDANT-PETITIONER.

*Mr. Charles H. Nugent* for the petitioner.

*Mr. Norman Heine* and *Mr. James G. Aiken* for the respondent.

October 15, 1962.   Granted.